| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Engelmayer, Paul A. | 2. Court or Organization U.S. District Court, Southern District of New York | 3. Date of Report 08/30/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
40 Centre Street
New York, NY
10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | Co-Executor | Estate #2 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 08/30/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Library of America, consultant pay |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | 01/10/16 - 01/16/16 | Cambridge, MA | Teaching | Transportation, Meals and Lodging |
| 2. | Harvard Law School | 10/05/16 - 10/06/16 | Cambridge, MA | Teaching | Transportation, Meals and Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 08/30/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage #1 (H) | | | | | | | | | |
| 2. Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 3. Coho Relative Value Eqty Fd Instl | D | Int./Div. | O | T | | | | | |
| 4. iShares MSCI Emerging Market Index Fund | B | Int./Div. | L | T | | | | | |
| 5. Eaton Vance Structured Emerging Markets I | D | Int./Div. | N | T | | | | | |
| 6. FPA Crescent | E | Int./Div. | N | T | | | | | |
| 7. Prudential Jennison Natural Resources Fund Cl Z | B | Int./Div. | M | T | | | | | |
| 8. First Eagle Global Inst CL I | D | Int./Div. | M | T | Sold (part) | 01/08/16 | M | B | |
| 9. Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | J | T | | | | | |
| 10. WCM Focused International Growth Instl | C | Int./Div. | M | T | Buy | 01/08/16 | M | | |
| 11. Energy Select Sector SPDR | D | Int./Div. | N | T | | | | | |
| 12. Brokerage #2 (H) | | | | | | | | | |
| 13. -Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | N | T | | | | | |
| 14. Brokerage #3 (H) | | | | | | | | | |
| 15. -Schwab NY AMT Tax-Free Money Fund (Y) | | | | | | | | | |
| 16. Brokerage #4 (H) | | | | | | | | | |
| 17. BBH Core Select N | F | Int./Div. | P1 | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 5 of 24

Name of Person Reporting

Engelmayer, Paul A.

Date of Report

08/30/2017

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Berkshire Hathaway Inc Del Cl A | | None | P2 | T | | | | | |
| 19. Berkshire Hathaway Inc Del B | | None | M | T | | | | | |
| 20. Wisdom Tree LargeCap Dividend Fund | E | Int./Div. | O | T | | | | | |
| 21. FPA Crescent | D | Int./Div. | M | T | | | | | |
| 22. JPMorgan Strategic Income Opports Sel | E | Int./Div. | N | T | Sold (part) | 10/06/16 | N | | |
| 23. Parnassus Core Equity Fund-Institutional Shares | D | Int./Div. | N | T | | | | | |
| 24. Victory Global Natural Resources Fund | | None | K | T | | | | | |
| 25. First Eagle Global Inst CL I | E | Int./Div. | O | T | Sold (part) | 01/08/16 | L | C | |
| 26. Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | K | T | | | | | |
| 27. WCM Focused International Growth Instl | D | Int./Div. | N | T | Buy | 01/08/16 | L | | |
| 28. Energy Select Sector SPDR | D | Int./Div. | M | T | | | | | |
| 29. GNMA II 000644 (36202AWD) | A | Int./Div. | | | Matured | 10/20/16 | J | | |
| 30. Brokerage #5 (H) | | | | | | | | | |
| 31. Long Island Pwr Authn Y Elec Sys Rev (5426902H4) | C | Int./Div. | M | T | | | | | |
| 32. Maine Mun Bd Bk Ref Ser. 2010C (5604595S4) | A | Int./Div. | K | T | Buy | 03/16/16 | K | | |
| 33. Metropolitan Transn Auth NY Dedicated (59259N2G7) | B | Int./Div. | L | T | Buy | 03/15/16 | L | | |
| 34. | | | | | Buy (add'l) | 11/16/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Metropolitan Transn Auth N Y Dedicated (59259NR54) | C | Int./Div. | M | T | Buy (add'l) | 11/15/16 | K | | |
| 36. Metropolitan Transn Auth NY Rev (59259Y6K0) | C | Int./Div. | M | T | Buy | 04/07/16 | M | | |
| 37. Metropolitan Trans Auth NY Rev 5% 11/15/2017 (59261AJM0) | | None | M | T | Buy | 12/09/16 | M | | |
| 38. New York N Y Go Bds Ser. H (64966JJ80) | B | Int./Div. | L | T | | | | | |
| 39. New York N Y Go Bds Ser. Fiscal 2014 D-1 (64966K3U5) | C | Int./Div. | M | T | | | | | |
| 40. New York N Y Go Bds Ser. Fiscal 2014 D-1 (64966K3X9) | C | Int./Div. | M | T | Buy (add'l) | 10/07/16 | J | | |
| 41. New York NY City Transitional Fin Auth Rev (64971QHR7) | C | Int./Div. | L | T | Sold (part) | 10/07/16 | K | | |
| 42. New York City Transitional (64971QXQ1) | C | Int./Div. | M | T | | | | | |
| 43. New York NY City Transitional Fin (64971WC24) | B | Int./Div. | M | T | Buy | 04/13/16 | M | | |
| 44. New York City Transitional Fin 5% 08/01/2029 (64971WR36) | | None | L | T | Buy | 09/15/16 | L | | |
| 45. New York NY City Transitional Fin (64972HTN2) | D | Int./Div. | M | T | | | | | |
| 46. New York ST Dorm Auth Rev Non ST (649906PS7) | C | Int./Div. | M | T | | | | | |
| 47. New York St Dorm Auth Revs Non St (649906QE7) | C | Int./Div. | M | T | Buy (add'l) | 11/16/16 | K | | |
| 48. New York St Dorm Auth Sales Tax Rev (64990AAL9) | C | Int./Div. | M | T | | | | | |
| 49. New York St. Dorm Auth Sales Tax Rev 5% 03/15/2027 (64990AEX9) | | None | M | T | Buy | 09/27/16 | M | | |
| 50. | | | | | Buy (add'l) | 10/07/16 | J | | |
| 51. New York St. Dorm Auth St. Pers Income 5% 02/15/2027 (64990E4U8) | | None | M | T | Buy | 12/22/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. New York St Dorm Auth St Pers Income (64990ECG0) | C | Int./Div. | L | T | | | | | |
| 53. New York St Dorm Auth St Pers Income (64990EDF1) | D | Int./Div. | M | T | | | | | |
| 54. New York St Dorm Auth St Pers Income) (64990EX85) | C | Int./Div. | L | T | | | | | |
| 55. New York St Dorm Auth Revs St (64990HMQ0) | C | Int./Div. | M | T | | | | | |
| 56. New York St Dorm Auth Revs St (64990HPC8) | C | Int./Div. | L | T | | | | | |
| 57. New York St Twy Authgen Rev Gen Rev Bds (650009YC1) | C | Int./Div. | M | T | | | | | |
| 58. Triborough Brdg & Tunl Auth N Y Revs 05 (89602NYB4) | C | Int./Div. | L | T | | | | | |
| 59. Triborough Brdg & Tunl Auth N Y Revs 05 (89602NZE7) | C | Int./Div. | L | T | | | | | |
| 60. Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | J | T | | | | | |
| 61. Metropolitan Transn Auth NY Rev For (59259YRF8) | B | Int./Div. | | | Sold | 04/07/16 | M | | |
| 62. New York St Twy Authst Pers Income Tax (650028RX3) | B | Int./Div. | | | Sold | 08/09/16 | L | A | |
| 63. New York N Y Go Bds Subseries L-1 Fiscal (64966G4H2) | C | Int./Div. | | | Sold | 04/13/16 | M | | |
| 64. New York N Y City Transitional Fin (64972HTM4) | C | Int./Div. | | | Sold | 03/15/16 | M | A | |
| 65. New York St Dorm Auth Revs St (64990HFT2) | C | Int./Div. | | | Sold | 08/23/16 | L | | |
| 66. New York N Y City Transitional Fin (64972HSF0) | D | Int./Div. | | | Sold | 09/26/16 | M | | |
| 67. IRA #1 (H) | | | | | | | | | |
| 68. -Aberdeen Emerging Markets Instl | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. BBH Core Select N | C | Int./Div. | L | T | Buy (add'l) | 01/13/16 | J | | |
| 70. Victory Global Natural Resources Fund | | None | K | T | Buy (add'l) | 01/08/16 | K | | |
| 71. WCM Focused International Growth Instl | A | Int./Div. | K | T | Buy | 01/11/16 | K | | |
| 72. First Eagle Global Inst CL I | A | Int./Div. | J | T | Sold (part) | 01/08/16 | K | | |
| 73. Scout Unconstrained Bond Instl | A | Int./Div. | K | T | Sold (part) | 01/08/16 | K | | |
| 74. IRA #3 (H) | | | | | | | | | |
| 75. -Aberdeen Emerging Markets Instl | A | Int./Div. | K | T | | | | | |
| 76. BBH Core Select N | B | Int./Div. | K | T | Buy (add'l) | 01/13/16 | J | | |
| 77. Victory Global Natural Resources Fund | | None | J | T | | | | | |
| 78. -First Eagle Global Inst Cl I | A | Int./Div. | J | T | | | | | |
| 79. -Scout Unconstrained Bond Instl | A | Int./Div. | K | T | | | | | |
| 80. IRA #4 (H) | | | | | | | | | |
| 81. Victory Global Natural Resources Fund | | None | L | T | Buy (add'l) | 01/08/16 | K | | |
| 82. -Scout Unconstrained Bond Instl | B | Int./Div. | M | T | Sold (part) | 01/08/16 | K | | |
| 83. | | | | | Sold (part) | 10/12/16 | J | | |
| 84. IRA #5 (H) | | | | | | | | | |
| 85. -Aberdeen Emerging Markets Instl | A | Int./Div. | K | T | Sold (part) | 10/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | -Scout Unconstrained Bond Instl | A | Int./Div. | K | T | | | | | |
| 87. | IRA #6 (H) | | | | | | | | | |
| 88. | BlackGold Opportunity Offshore Fund, LTD | | None | N | T | | | | | |
| 89. | FPA Crescent | D | Int./Div. | M | T | | | | | |
| 90. | JPMorgan Strategic Income Opports Sel | D | Int./Div. | M | T | Sold<br>(part) | 10/25/16 | K | A | |
| 91. | Schwab Advisor Cash Reserves Premier Sweep | A | Int./Div. | L | T | | | | | |
| 92. | Victory Global Natural Resources Fund | | None | | | Sold | 01/08/16 | M | | |
| 93. | Definitive Guardian Fund, Ltd | E | Distribution | | | Redeemed | 03/21/16 | K | | |
| 94. | Trust #1 (H) | | | | | | | | | |
| 95. | BBH Core Select N | B | Int./Div. | K | T | | | | | |
| 96. | Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 97. | BlackRock Strategic Income Opportunities Portfolio Institutional Share | B | Int./Div. | K | T | | | | | |
| 98. | Credit Suisse Floating Rate Hi Inc A | A | Int./Div. | J | T | | | | | |
| 99. | Coho Relative Value Eqty Fd Instl | A | Int./Div. | K | T | | | | | |
| 100. | Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | K | T | | | | | |
| 101. | WisdomTree MidCap Dividend | A | Int./Div. | J | T | | | | | |
| 102. | iShares MSCI Emerging Market Index Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. FPA Crescent | A | Int./Div. | K | T | | | | | |
| 104. iShares Tr S&P 400 BARRA Midcap Growth | A | Int./Div. | J | T | | | | | |
| 105. Prudential Jennison Natural Resources Fund Cl Z | A | Int./Div. | J | T | | | | | |
| 106. First Eagle Global Inst CL I | B | Int./Div. | K | T | | | | | |
| 107. Schwab Municipal Money Fund Sweep Shares | A | Int./Div. | J | T | | | | | |
| 108. Templeton Global Bond Fund Cl A | A | Int./Div. | J | T | Sold (part) | 10/05/16 | J | | |
| 109. WCM Focused International Growth Instl | A | Int./Div. | J | T | Buy | 10/05/16 | J | | |
| 110. Energy Select Sector SPDR | A | Int./Div. | J | T | | | | | |
| 111. Trust #2 (H) | | | | | | | | | |
| 112. BBH Core Select N | A | Int./Div. | J | T | | | | | |
| 113. Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 114. BlackRock Strategic Income Opportunities Portfolio Institutional Share | B | Int./Div. | K | T | | | | | |
| 115. Credit Suisse Floating Rate Hi Inc A | A | Int./Div. | J | T | | | | | |
| 116. Coho Relative Value Eqty Fd Instl | A | Int./Div. | K | T | | | | | |
| 117. Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | K | T | | | | | |
| 118. -WisdomTree MidCap Dividend | A | Int./Div. | J | T | | | | | |
| 119. iShares MSCI Emerging Market Index Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. FPA Crescent | A | Int./Div. | J | T | | | | | |
| 121. iShares Tr S&P 400 BARRA Midcap Growth | A | Int./Div. | J | T | | | | | |
| 122. Prudential Jennison Natural Resources Fund Cl Z | A | Int./Div. | J | T | | | | | |
| 123. First Eagle Global Inst CL I | A | Int./Div. | J | T | | | | | |
| 124. Schwab Municipal Money Fund Sweep Shares | A | Int./Div. | J | T | | | | | |
| 125. Templeton Global Bond Fund Cl A | A | Int./Div. | J | T | Sold (part) | 10/05/16 | J | | |
| 126. WCM Focused International Growth Instl | A | Int./Div. | J | T | Buy | 10/05/16 | J | | |
| 127. UTMA #1 (H) | | | | | | | | | |
| 128. Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 129. Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | | | | | |
| 130. WisdomTree MidCap Dividend | A | Int./Div. | J | T | | | | | |
| 131. Prudential Jennison Natural Resources Fund Cl Z | A | Int./Div. | J | T | | | | | |
| 132. First Eagle Global Inst CL I | A | Int./Div. | J | T | | | | | |
| 133. Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | J | T | | | | | |
| 134. Templeton Global Bond Fund Cl A | A | Int./Div. | K | T | | | | | |
| 135. Energy Select Sector SPDR | A | Int./Div. | J | T | | | | | |
| 136. UTMA #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 138. Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 139. -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | | | | | |
| 140. -Prudential Jennison Natural Resources Fund Cl Z | A | Int./Div. | J | T | | | | | |
| 141. -First Eagle Global Inst CL I | B | Int./Div. | K | T | | | | | |
| 142. -Schwab NY AMT Tax-Free Money Fund | | None | J | T | | | | | |
| 143. UTMA #3 (H) | | | | | | | | | |
| 144. -Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 145. -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | | | | | |
| 146. -WisdomTree MidCap Dividend | A | Int./Div. | J | T | | | | | |
| 147. -Prudential Jennison Natural Resources Fund Cl Z | A | Int./Div. | J | T | | | | | |
| 148. -First Eagle Global Inst CL I | A | Int./Div. | J | T | | | | | |
| 149. -Schwab NY AMT Tax-Free Money Fund | | None | J | T | | | | | |
| 150. Templeton Global Bond Fund Cl A | A | Int./Div. | K | T | | | | | |
| 151. Energy Select Sector SPDR | A | Int./Div. | J | T | | | | | |
| 152. UTMA #4 (H) | | | | | | | | | |
| 153. -Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 155. -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | | | | | |
| 156. -Prudential Jennison Natural Resources Fund Cl Z | A | Int./Div. | J | T | | | | | |
| 157. -First Eagle Global Inst CL I | B | Int./Div. | K | T | | | | | |
| 158. -Schwab NY AMT Tax-Free Money Fund | | None | J | T | | | | | |
| 159. 529 Plan #1 (H) | | | | | | | | | |
| 160. New York Saves Bond Market Index Portfolio | | None | K | T | Sold (part) | 07/15/16 | J | A | |
| 161. New York Saves Growth Stock Index Portfolio | | None | J | T | Sold (part) | 07/15/16 | J | A | |
| 162. New York Saves Interest Accumulation Portfolio | | None | L | T | Sold (part) | 07/15/16 | J | A | |
| 163. | | | | | Sold (part) | 08/29/16 | J | A | |
| 164. | | | | | Sold (part) | 09/06/16 | J | A | |
| 165. | | | | | Sold (part) | 09/08/16 | J | A | |
| 166. New York Saves Value Stock Index Portfolio | | None | J | T | Sold (part) | 07/15/16 | J | A | |
| 167. 529 Plan #2 (H) | | | | | | | | | |
| 168. New York Saves Aggressive Growth Portfolio | | None | K | T | Sold (part) | 07/13/16 | L | D | |
| 169. | | | | | Sold (part) | 12/19/16 | J | A | |
| 170. New York Saves Interest Accumulation Portfolio | | None | L | T | Sold (part) | 07/13/16 | M | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 12/19/16 | J | A | |
| 172. New York Saves Mid Cap Stock Index Portfolio | | None | J | T | Sold (part) | 07/13/16 | J | D | |
| 173. | | | | | Sold (part) | 12/19/16 | J | | |
| 174. New York Saves Developed Markets Income Portfolio | | None | J | T | Sold (part) | 07/13/16 | J | B | |
| 175. | | | | | Sold (part) | 12/19/16 | J | | |
| 176. 529 Plan #3 (H) | | | | | | | | | |
| 177. New York Saves Aggressive Growth Portfolio | | None | K | T | | | | | |
| 178. New York Saves Interest Accumulation Portfolio | | None | M | T | | | | | |
| 179. New York Saves Mid Cap Stock Index Portfolio | | None | K | T | | | | | |
| 180. New York Saves Developed Markets Income Portfolio | | None | K | T | | | | | |
| 181. 529 Plan #4 (H) | | | | | | | | | |
| 182. New York Saves Bond Market Index Portfolio | | None | K | T | | | | | |
| 183. New York Saves Growth Stock Index Portfolio | | None | K | T | | | | | |
| 184. New York Saves Interest Accumulation Portfolio | | None | L | T | | | | | |
| 185. New York Saves Value Stock Index Portfolio | | None | K | T | | | | | |
| 186. Teachers Retirement System of NY 403(b) (H) | | | | | | | | | |
| 187. Diversified Equity | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Stable Value | | None | M | T | | | | | |
| 189. International Equity | | None | L | T | | | | | |
| 190. Citibank Checking Account (H) | | None | M | T | | | | | |
| 191. Chase Checking Account (H) | | None | K | T | | | | | |
| 192. Real Estate Investment Partnerships (H) | | | | | | | | | |
| 193. TC Albuquerque- Private Estate Partnership | D | Interest | | | Distributed | 12/31/16 | K | | |
| 194. Estate #2- Checking Account A (H) | | | | | | | | | |
| 195. Chase Checking Account | | None | L | T | | | | | |
| 196. Brokerage #7 (H) | | | | | | | | | |
| 197. -CapitalSpring Direct Lending Partners, LP (Priv Equity) | F | Distribution | O | T | | | | | |
| 198. Brokerage #8 (H) | | | | | | | | | |
| 199. East Hampton Twn N Ypub Impt Go Bds Ser. | A | Int./Div. | J | T | Sold (part) | 05/15/16 | J | A | |
| 200. -BBH Core Select N | D | Int./Div. | L | T | | | | | |
| 201. Baron Growth | C | Int./Div. | K | T | | | | | |
| 202. Berkshire Hathaway Inc Del B | | None | L | T | Sold (part) | 10/24/16 | K | E | |
| 203. | | | | | Sold (part) | 11/08/16 | J | C | |
| 204. | | | | | Sold (part) | 11/11/16 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Fidelity Contrafund | B | Int./Div. | L | T | | | | | |
| 206. Fidelity Low-Priced Stock Fund | B | Int./Div. | K | T | | | | | |
| 207. Midcap SPDR Trust Series 1 | A | Int./Div. | K | T | | | | | |
| 208. Victory Global Natural Resources Fund | | None | M | T | Buy | 01/08/16 | M | | |
| 209. Royce Total Return Fund | B | Int./Div. | K | T | | | | | |
| 210. S&P 500 Depository Receipt | B | Int./Div. | L | T | | | | | |
| 211. Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | M | T | | | | | |
| 212. Tweedy Browne Global Value Fund | B | Int./Div. | K | T | | | | | |
| 213. Blackrock Global Allocation I | | None | | | Sold | 01/08/16 | M | | |
| 214. IRA #7 (H) | | | | | | | | | |
| 215. -Aberdeen Emerging Markets Instl | B | Int./Div. | M | T | Sold (part) | 10/12/16 | K | | |
| 216. -BBH Core Select N | D | Int./Div. | L | T | | | | | |
| 217. Victory Global Natural Resources Fund | | None | L | T | Buy (add'l) | 01/08/16 | K | | |
| 218. First Eagle Global Inst CL I | D | Int./Div. | N | T | | | | | |
| 219. Scout Unconstrained Bond Instl | B | Int./Div. | M | T | Sold (part) | 01/08/16 | K | | |
| 220. Schwab Advisor Cash Reserves Premier Sweep (Y) | | | | | | | | | |
| 221. IRA #8 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -BBH Core Select N | D | Int./Div. | L | T | | | | | |
| 223.  -First Eagle Global Inst Cl 1 | C | Int./Div. | L | T | Sold (part) | 10/12/16 | J | A | |
| 224.  -Scout Unconstrained Bond Instl | A | Int./Div. | L | T | | | | | |
| 225.  Trust #3 (H) | | | | | | | | | |
| 226.  SPDR S&P 500 EFT Trust | A | Int./Div. | J | T | | | | | |
| 227.  SPDR S&P Midcap 400 EFT Trust | A | Int./Div. | J | T | Sold (part) | 02/12/16 | J | C | |
| 228.  Fidelity Contrafund | A | Int./Div. | K | T | | | | | |
| 229.  Fidelity Low Price Stock | A | Int./Div. | J | T | | | | | |
| 230.  BBH Core Select Fund | A | Int./Div. | J | T | | | | | |
| 231.  Baron Growth Fund Retail Shares | | None | | | Sold | 01/12/16 | J | B | |
| 232.  BlackRock Global Allocation Fd Instl | A | Int./Div. | J | T | | | | | |
| 233.  Tweedy Browne Global Value Fund | | None | | | Sold | 01/14/16 | J | A | |
| 234.  Vanguard Intermediate Tax Exempt Admiral | A | Int./Div. | K | T | | | | | |
| 235.  Vanguard Limited Term Tax Exempt Admiral | A | Int./Div. | J | T | | | | | |
| 236.  Fidelity Municipal Money Market | A | Int./Div. | J | T | | | | | |
| 237.  BlackRock Strategic Muni Opportunities I | A | Int./Div. | K | T | | | | | |
| 238.  BlackRock National Muni Fund Instl | A | Int./Div. | | | Buy | 04/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 24

Name of Person Reporting

Engelmayer, Paul A.

Date of Report

08/30/2017

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | None | | | Sold | 12/19/16 | J | | |
| 240. Deutsche Intermediate Tax/Amt Free Fd Instl | A | Int./Div. | K | T | Buy (add'l) | 12/21/16 | J | | |
| 241. iShares Core S&P Small Cap ETF | | None | | | Sold | 02/12/16 | J | | |
| 242. Fidelity Total MKT Index Premium CL | A | Int./Div. | J | T | | | | | |
| 243. Glenmede Large Cap Core | A | Int./Div. | J | T | Buy | 01/14/16 | J | | |
| 244. WisdomTree Trust European Hedged EQ | | None | | | Buy | 01/15/16 | J | | |
| 245. | | None | | | Sold | 02/12/16 | J | | |
| 246. MSCI DBX EFT Trust Europe Hedged Equity | | None | | | Buy | 01/15/16 | J | | |
| 247. | | None | | | Sold | 02/12/16 | J | | |
| 248. Trust #4 (H) | | | | | | | | | |
| 249. Chase Checking Account | | None | J | T | | | | | |
| 250. UTMA (#5) (H) | | | | | | | | | |
| 251. SPDR Bloomberg Barclays 1-3 Month T Bill ETF | A | Int./Div. | J | T | | | | | |
| 252. -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | | | | | |
| 253. JPMorgan Strategic Income Opports Sel | A | Int./Div. | J | T | | | | | |
| 254. -Schwab Advisor Cash Reserves Premier Sweep | A | Int./Div. | J | T | | | | | |
| 255. UTMA (#6) (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. SPDR Bloomberg Barclays 1-3 Month T Bill ETF | A | Int./Div. | J | T | Buy (add'l) | 08/05/16 | J | | |
| 257. Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | Buy (add'l) | 08/05/16 | J | | |
| 258. First Trust Dow Jones Internet Index | | None | J | T | | | | | |
| 259. -JPMorgan Strategic Income Opports. Sel. | A | Int./Div. | J | T | | | | | |
| 260. -Schwab Advisor Cash Reserves Premier Sweep | A | Int./Div. | J | T | | | | | |
| 261. Trust #5 (H) | | | | | | | | | |
| 262. New York Go Bds Ser D 5% 08/01/2018 | | None | J | T | Buy | 12/02/16 | J | | |
| 263. -BBH Core Select N | B | Int./Div. | K | T | | | | | |
| 264. -Berkshire Hathaway Inc Del B | | None | K | T | | | | | |
| 265. -BlackRock Strategic Income Opps Instl | B | Int./Div. | K | T | Buy (add'l) | 01/08/16 | J | | |
| 266. | | | | | Sold (part) | 10/05/16 | K | | |
| 267. -Credit Suisse Floating Rate Hi Inc | B | Int./Div. | K | T | Buy (add'l) | 01/08/16 | J | | |
| 268. | | | | | Sold (part) | 10/05/16 | J | | |
| 269. Coho Relative Value Eqty Fd Instl | A | Int./Div. | K | T | Buy (add'l) | 01/08/16 | J | | |
| 270. Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | K | T | | | | | |
| 271. WisdomTree MidCap Dividend | A | Int./Div. | J | T | | | | | |
| 272. iShares MSCI Emerging Market Index Fund | A | Int./Div. | J | T | Buy (add'l) | 01/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. FPA Crescent | B | Int./Div. | K | T | Buy (add'l) | 01/08/16 | J | | |
| 274. iShares Tr S&P 400 BARRA Midcap Growth | A | Int./Div. | J | T | | | | | |
| 275. Prudential Jennison Natural Resources Fund Cl Z | A | Int./Div. | J | T | | | | | |
| 276. Victory Global Natural Resources Fund | | None | J | T | Buy (add'l) | 01/08/16 | J | | |
| 277. First Eagle Global Inst CL I | A | Int./Div. | J | T | Sold (part) | 01/08/16 | K | A | |
| 278. | | | | | Sold (part) | 10/05/16 | K | C | |
| 279. Scout Unconstrained Bond Instl | A | Int./Div. | J | T | | | | | |
| 280. Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | K | T | | | | | |
| 281. Templeton Global Bond Fund Cl A | A | Int./Div. | J | T | Sold (part) | 10/05/16 | J | | |
| 282. WCM Focused International Growth Instl | A | Int./Div. | K | T | Buy (add'l) | 01/08/16 | J | | |
| 283. | | | | | Buy (add'l) | 10/15/16 | J | | |
| 284. Energy Select Sector SPDR | A | Int./Div. | K | T | Buy (add'l) | 01/08/16 | J | | |
| 285. Trust #6 (H) | | | | | | | | | |
| 286. New York Go Bds Ser D 5% 08/01/2018 | | None | J | T | Buy (add'l) | 12/02/16 | J | | |
| 287. -BBH Core Select N | C | Int./Div. | K | T | | | | | |
| 288. -Berkshire Hathaway Inc Del B | | None | K | T | | | | | |
| 289. -BlackRock Strategic Income Opps Instl | B | Int./Div. | K | T | Buy (add'l) | 01/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 10/05/16 | K | | |
| 291. -Credit Suisse Floating Rate Hi Inc | B | Int./Div. | K | T | Buy (add'l) | 01/08/16 | J | | |
| 292. | | | | | Sold (part) | 10/05/16 | J | | |
| 293. Coho Relative Value Eqty Fd Instl | A | Int./Div. | K | T | Buy (add'l) | 01/08/16 | J | | |
| 294. Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | K | T | | | | | |
| 295. WisdomTree MidCap Dividend | A | Int./Div. | J | T | | | | | |
| 296. iShares MSCI Emerging Market Index Fund | A | Int./Div. | J | T | Buy (add'l) | 01/08/16 | J | | |
| 297. FPA Crescent | B | Int./Div. | K | T | Buy (add'l) | 01/08/16 | J | | |
| 298. iShares Tr S&P 400 BARRA Midcap Growth | A | Int./Div. | J | T | | | | | |
| 299. Prudential Jennison Natural Resources Fund Cl Z | A | Int./Div. | J | T | | | | | |
| 300. Victory Global Natural Resources Fund | | None | J | T | Buy | 01/08/16 | J | | |
| 301. First Eagle Global Inst CL I | B | Int./Div. | K | T | Sold (part) | 01/08/16 | K | A | |
| 302. | | | | | Sold (part) | 10/05/16 | K | C | |
| 303. Scout Unconstrained Bond Instl | A | Int./Div. | J | T | | | | | |
| 304. Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | K | T | | | | | |
| 305. Templeton Global Bond Fund Cl A | A | Int./Div. | J | T | Sold (part) | 10/05/16 | J | | |
| 306. WCM Focused International Growth Instl | A | Int./Div. | K | T | Buy (add'l) | 01/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 10/05/16 | J | | |
| 308. Energy Select Sector SPDR | A | Int./Div. | K | T | Buy (add'l) | 01/08/16 | J | | |
| 309. IRA #9 (H) (x) | | | | | | | | | |
| 310. CapitalSpring Investment Partners V Parallel III, LP (x) | A | Distribution | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 08/30/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In response to Committee's request for additional information, line item 242 is the same asset as line item 250-251 in the 2015 report. By looking at the Fidelity account statements provided for 2015 & 2016, Fidelity used different naming conventions. Both securities are for ticker symbol FSTVX. The statement from 2015 read Spartan Total Market Index Fid Advantage Class and the 2016 statement read Fidelity Total MKT Index Premium CL. Fidelity rebranded the security from Spartan Total Market Index FID Advantage Class to Fidelity Total MKT Index Premium CL.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Paul A. Engelmayer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544